USCA1 Opinion

 

 February 11, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1772 TOMAS MARTINEZ-BURGOS, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Gilberto Gierbolini, U.S. District Judge] ___________________ ____________________ Before Torruella, Boudin and Stahl, Circuit Judges. ______________ ____________________ Juan A. Hernandez Rivera and Raymond Rivera Esteves on brief for ________________________ ______________________ appellant. Guillermo Gil, United States Attorney, Maria Hortensia Rios, ______________ ______________________ Assistant United States Attorney, and Paul Germanotta, Assistant ________________ Regional Counsel, Department of Health and Human Services, on brief for appellee. ____________________ ____________________ Per Curiam. We affirm substantially for the ___________ reasons stated in the opinions of the magistrate and district court. We disagree with claimant's argument that the testimony of a VE was necessary to determine whether a person with the "moderate" limitations the ALJ found could adequately perform the job of bank office clerk and cashier. The descriptions of claimant's past work, together with the medical reports and MA's testimony addressed to claimant's level of intellectual and social functioning, provided an adequate basis from which to conclude that claimant could perform those jobs at an acceptable level. Affirmed. ________